UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 8:18-cv-00508-MWF (JDE) | Date | May 23, 2018 |
|---|---|---|---|
| Title | David Shad v. Kirsjen Nielsen, et al. | | |

Present: The Honorable John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
| n/a | n/a |

**Proceedings:** **(In Chambers) Order re Pending Motions**

On March 26, 2018, Petitioner David Shad ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. Dkt. 1 ("Petition" or "Pet."). On March 28, 2018, the Court issued an Order Requiring Answer/Return to the Petition that included various case management deadlines. Dkt. 5 ("CMO"). On April 27, 2018, Respondents filed a Motion to Dismiss the Petition. Dkt. 8 ("Motion to Dismiss"). On May 3, 2018, Petitioner filed a Motion for Discovery, set for hearing on May 24, 2018 at 10:00 a.m. Dkt. 10 ("Discovery Motion"). On May 10, 2018, Respondents filed an Opposition to the Discovery Motion. Dkt. 11. On May 17, 2018, Petitioner filed an Opposition to the Motion to Dismiss and a Reply to the Discovery Motion. Dkt. 12, 13.

With respect to the Motion to Dismiss, the Court's CMO provides that "[u]nless the Court orders otherwise, Respondent shall not file a reply to Petitioner's opposition to a Motion to Dismiss." CMO ¶ 6. The Court finds that a reply is appropriate in this case. With respect to the Discovery Motion, at this time, based upon the information currently before the Court, the Court finds that the matter is appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); Local Rule 7-15. Therefore, the Court orders as follows:

1. Respondents shall, within ten days of the date of this Order, file a reply brief, of no more than ten pages, responding to Petitioner's Opposition to the Motion to Dismiss;
2. The hearing on the Discovery Motion is taken off-calendar.

IT IS SO ORDERED.

Initials of Clerk: mba