UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID SHAD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KIRSTJEN NIELSEN, et al.,<br><br>　　　　　　Respondents. | No. SACV 18-00508-MWF (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Motion to Dismiss the Petition filed by Respondents ("Motion to Dismiss"), the Opposition and Reply briefs filed in opposition to and in support of the Motion to Dismiss, the Motion for Discovery filed by Petitioner ("Motion for Discovery") and the Opposition and Reply briefs filed in opposition to and in support of the Motion for Discovery, the Report and Recommendation ("Report") of the United States Magistrate Judge, and the Objections to the Report filed by Petitioner. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Respondent's Motion to Dismiss (Dkt. 8) is GRANTED;

(2) Petitioner's Motion for Discovery (Dkt. 10) is DENIED as moot; and

(3) Judgment be entered dismissing this action without prejudice.

Dated: August 21, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge