JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID SHAD, <br> Petitioner, <br> v. <br> KIRSTJEN NIELSEN, et al., <br> Respondents. | No. SACV 18-00508-MWF (JDE) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: August 21, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge